UNITED STATES of America, Plaintiff–Appellee

v.

Darrell Lenard BATES, Defendant–Appellant.

No. 08–50638
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 14, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Darrell Lenard Bates, Harrisonburg, LA, pro se.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Darrell Lenard Bates appeals the denial of an innominate pleading he filed in a criminal proceeding that has long been closed. The pleading did not concern the criminal case. Bates failed to identify any jurisdictional basis for his pleading, and he failed to make any coherent argument or to state any cognizable claim. Because his appeal fails to identify any legal basis for relief, it is frivolous, *see Howard v. King*, 707 F.2d 215, 220 (5th Cir.1983), and is DISMISSED. *See* 5TH CIR. R. 42.2. All outstanding motions are DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.